[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 27, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-15361
Non-Argument Calendar
_____

D. C. Docket No. 05-00051-CR-T-30MSS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICKEY GERARD CANNON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(February 27, 2009)

Before BLACK,  PRYOR and FAY, Circuit Judges.

PER CURIAM:

James W. Smith, III, appointed counsel for Rickey Gerard Cannon, in this

appeal from the denial of relief under 18 U.S.C. § 3582(c)(2), has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the denial of Cannon's § 3582(c)(2) motion is **AFFIRMED**.